PROB 12A
(7/93)

# United States District Court

## for the

## Southern District of West Virginia

## Report on Offender Under Supervision



FILED

JUL 1 4 2008

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

| | |
|---|---|
| Name of Offender: Mark Vincent Hanshaw | Case Number: 2:08CR00065-001 |

Name of Sentencing Judicial Officer:   W. Craig Broadwater (On March 25, 2008, the case was reassigned to the docket of Joseph R. Goodwin)

Date of Original Sentence:   December 13, 2004

Original Offense:   21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), Possession with intent to distribute methamphetamine;
18 U.S.C. §§ 922(g)(1) and (3), Possession of a firearm by a prohibited person

Original Sentence:   Forty-two months' imprisonment, thirty-six months' supervised release

Type of Supervision:  Supervised Release        Date Supervision Commenced:    January 18, 2008

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-compliance |
|---|---|
| 1. | **Violation of standard condition: You shall not commit another federal, state, or local crime.** |
| | On February 11, 2008, Mr. Hanshaw was arrested by members of the Kanawha County Sheriff's Department and charged with obstructing an officer. On July 1, 2008, Mr. Hanshaw pled no contest to the charge and was directed to pay a fine and court costs. |

U.S. Probation Officer Action:

The police report from the February 11, 2008 indicates that members of the Kanawha County Sheriff's Department were pursuing Mr. Hanshaw's son, Mark Hanshaw Jr., which is how they arrived at the residence of the offender. The report indicates upon entering the residence, Mr. Hanshaw refused to allow his son to go with them, acted in an aggressive manner toward the officers, and refused to take his hands out of his pockets when verbally commanded three times. As a result, cap-stun was used to subdue the offender and he was subsequently taken into custody. Mr. Hanshaw reported to the office on February 12, 2008 after being released from the regional jail to report the above arrest. The offender maintained that he did not obstruct the officer. A urine screen was observed that tested negative for illegal substances.

Prob 12A -2- Report on Offender
Re: Mark Vincent Hanshaw Under Supervision
Docket No. 2:08CR00065-001

Since the date of arrest, Mr. Hanshaw has obtained employment and all urine specimens have been negative. Mr. Hanshaw reported to the office after entering the no contest plea on July 1, 2008, and was advised that the Court would be notified of the conviction. This officer emphasized to Mr. Hanshaw, that if the Court decided not to pursue revocation at this time, this issue could be filed in a future petition, if the offender had any further violations. At this time, it appears Mr. Hanshaw is making positive strides to change his life and this probation officer respectfully recommends continuing him on supervision with all future violation behavior being reported to the Court.

**ENTERED**
JUL 14 2008
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Respectfully submitted,

by *Douglas W. Smith*

Douglas W. Smith
U.S. Probation Officer
Date: July 9, 2008

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] No Action
[ ] Other

Signature of Judicial Officer

14 July 2008
Date