# United States District Court

### for the

### Southern District of West Virginia

### Report on Offender Under Supervision



Name of Offender:  Mark Vincent Hanshaw          Case Number:   2:08CR00065-001

Name of Sentencing Judicial Officer:   W. Craig Broadwater (On March 25, 2008, the case was reassigned to the docket of Joseph R. Goodwin)

Date of Original Sentence:   December 13, 2004

Original Offense:   21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), Possession with intent to distribute methamphetamine;
18 U.S.C. §§ 922(g)(1) and (3), Possession of a firearm by a prohibited person

Original Sentence:   Forty-two months' imprisonment, thirty-six months' supervised release

Type of Supervision:  Supervised Release     Date Supervision Commenced:   January 18, 2008

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number          Nature of Non-compliance

1.             **Violation of standard condition no. 14: You shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician.**

A urine specimen provided by the offender on September 30, 2008 tested positive for cocaine.

U.S. Probation Officer Action:

Mr. Hanshaw was confronted with the positive urine screen result and denied using cocaine. The offender maintained that he does not have a substance abuse problem and is not in need of substance abuse treatment. This officer shall increase the frequency of Mr. Hanshaw's urine collections and respectfully recommends continuing the offender on supervision with all further non-compliance being reported to the Court.

Prob 12A               -2-               Report on Offender
Re: Mark Vincent Hanshaw               Under Supervision
      Docket No. 2:08CR00065-001

Respectfully submitted,

by    *Douglas W. Smith*

Douglas W. Smith
U.S. Probation Officer
Date: October 16, 2008

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ]    Submit a Request for Modifying the Condition or Term of Supervision
[ ]    Submit a Request for Warrant or Summons
[✓]    No Action
[ ]    Other

*Joseph R. Goodwin*

Signature of Judicial Officer

Oct 20, 2008

Date

**ENTERED**

OCT 2 0 2008

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia