

**U.S. Department of Justice**

*United States Attorney*
*Southern District of West Virginia*

| | |
|---|---|
| *United States Courthouse* | *Mailing Address* |
| *300 Virginia Street, East* | *Post Office Box 1713* |
| *Suite 4000* | *Charleston, WV 25332-1713* |
| *Charleston, WV 25301* | *(304) 345-2200* |
| FAX: (304) 347-5440 | 1-800-659-8726 |

June 18, 2010

Teresa L. Deppner, Clerk
United States District Court
300 Virginia St. E.
Suite 2400
Charleston, WV 25301

        Re:    United States v. <u>Mark Vincent Hanshaw</u>
               Criminal No. <u>2:08-00065</u>

Dear Ms. Deppner:

    Our records indicate that the above named defendant has now paid in full all criminal monetary impositions in this criminal action. Please note your records accordingly. We are closing our record in this case.

    If you have any questions, please contact me.

                Respectfully submitted,

                CHARLES T. MILLER
                United States Attorney

                <u>S/GARY L. CALL</u>
                Assistant United States Attorney
                WV State Bar No. 589
                Attorney for United States
                United States Attorney's Office
                P.O. Box 1713, Charleston, WV 25326
                Phone: 304-345-2200 Fax: 304-347-5443
                E-mail: <u>Gary.Call@usdoj.gov</u>